ND/GA PROB 12B
(6/12)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

## Petition to Modify Conditions of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Gregory S. Douglass**        Docket No. **1:12-CR00149-WMR**

Judicial Officer:   **Honorable William M. Ray, II**
                    **U. S. District Court Judge**

Date of Original Sentence: **August 22, 2012**

Originally Sentenced by:   **Honorable William S. Duffey, Jr.**
                           **U. S. District Court Judge**

Original Offense: Counts 1 & 2: **Distribution of Child Pornography, 18 U. S. C. § 2252(a)(2)**

Original Sentence: **60 months custody of Bureau of Prisons on Counts One and Two, to run concurrently, $4,000.00 restitution (paid), $7,000 find (paid), $200 special assessment (paid), followed by ten (10) years supervised release. Special conditions include 12 months location monitoring on home detention (completed), firearm restriction, DNA collection, search condition, 200 hours community service, no internet access unless approved by probation officer, mental health aftercare program including a psychosexual evaluation and counseling and cognitive behavior therapy, if deemed necessary. The court modified the conditions of release to include the defendant maintain compliance with the sex offender contract, which noted, specifically, the defendant shall submit to polygraph testing to assist in treatment, treatment planning, and case monitoring.**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **01/13/2017**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Douglass is in good standing with the probation office and remains compliant with his conditions of supervision. He is an active participant in the sex offender treatment program and he has passed all of his polygraphs.

The defendant is a convicted sex offender. The nature of the offense presents several issues and concerns finding suitable placement for the offender to perform 200 hours of community service.

In March 2018, Mr. Douglass was diagnosed with multiple myeloma cancer in his spine. He had surgery and is continuing his treatment plan. He recently returned to chemotherapy treatments.

The defendant has agreed to the modification of the conditions of supervised release to remove the 200-hours community service as originally ordered. Attached is a Waiver of Hearing to Modify conditions of Supervised Release.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

**PETITIONING THE COURT:**

To modify the conditions of supervision as follows:

Due to the defendant's current health status and concerns and issues regarding suitable placement to perform community service, the 200-hours community service condition is removed.

Respectfully submitted,

_Gail Broadwater_   3/15/19
Gail Broadwater            Date
Sr. U. S. Probation Officer

_David D. Davis_   3/18/19
David D. Davis            Date
Supervising U. S. Probation Officer

---

**THE COURT ORDERS:**

☐ The modification of conditions as noted above.

☐ No Action

☐ Other

_William M. Ray II_   3-25-19
Honorable William M. Ray, II
U. S. District Court Judge

_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The court ordered 200 hours community service. The probation officer is requesting the community service be removed due to the defendant's current health status (recovery from cancer surgery). The defendant is a convicted sex offender and due to this conviction it is difficult to assign him to an appropriate community service site.

Signed:                                        Witness:

_____                      _____
Gregory Douglass                               Gail Broadwater
Supervised Releasee                            Sr. U. S. Probation Officer

Date: 2/20/19