ND/GA PROB 12B
(Rev 1/21)

# UNITED STATES DISTRICT COURT

For

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 19 2022

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

## Report and Petition to Modify Conditions
## of Supervision with Consent for Person Under Supervision

Offender: **Gregory Douglass**

Docket No. **1:12-CR-149-WMR**

Judicial Officer: **The Honorable William M. Ray, II - United States District Judge**

Original Sentence Date: **August 22, 2012**

Original Offense:     **Distribution of Child Pornography, 18 U.S.C. §§ 2252(a)(2)**

Original Sentence:     **Sixty (60) months incarceration to be followed by ten (10) years of supervised release with the following special conditions: twelve (12) months of location monitoring, a firearms restriction, a search condition, two-hundred hours of community service, no internet access without the consent of the U.S. Probation Officer, shall participate in mental health treatment with a psychosexual evaluation, maintain compliance with the sex offender contract, a computer search condition, a $200 special assessment, a $7,000 fine, and $4,000 in restitution.**

Type of Supervision: **Supervised Release**      Date Supervision Commenced: **January 13, 2017**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The person under supervision has requested to be able to access the internet to assist with his VA Benefits, banking, Social Security Benefits, and medical treatment. This officer has communicated with the treatment provider and the use of the internet was approved with computer monitoring and computer search. The person under supervision has successfully graduated from The Highland Institute and is currently attending maintenance groups. This officer is requesting a modification to install computer monitoring equipment on any device the person under supervision has access to. The person under supervision has agreed to the modification and has signed the attached waiver of hearing to add the condition.

## PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

None

1:12-CR-149-WMR
Douglass, Gregory
Page 2

**PETITIONING THE COURT TO:**

To modify the conditions of supervision as follows:

*You must cooperate with the U.S. Probation Office in the monitoring of any computer system, Internet capable devices, and / or similar electronic devices that you have access. Cooperation includes, but is not limited to, identifying computer systems, Internet capable devices, and / or similar electronic devices (as defined in 18 U.S.C. § 1030(e)(1)) to which you have access and allowing the installation of monitoring software/hardware on said devices. You and/or your probation officer shall inform all parties that access a monitored computer or similar electronic device that the device is subject to search and monitoring. You may be limited to possessing only one personal Internet capable device to facilitate your probation officer's ability to effectively monitor your Internet related activities. You must not remove, tamper with, reverse engineer, or in any way circumvent installed software. You must provide passwords for said computer systems. If able, you must pay the cost of monitoring unless excused by the probation officer.*

*To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers, computer systems, Internet capable devices, and similar electronic devices (as defined in 18 U.S.C. § 1030(e)(1)) subject to monitoring. These searches shall be conducted for the purpose of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning properly after installation; and to determine whether there have been attempts to circumvent the monitoring software after installation.*

I declare under penalty of perjury that the foregoing is true and correct.

*Jason Griffith 04/13/2022*

Jason Griffith     Date

Senior United States Probation Officer

*K. Stan Tinsley* 4/13/22

K. Stan Tinsley          Date

Supervising United States Probation Officer

1:12-CR-149-WMR
Douglass, Gregory
Page 3

**Decision of Judge:**

[x] The modification of conditions as noted above.

[ ] No Action

[ ] Other:

_William M. Ray II_

_____          4-18-2022
The Honorable William M. Ray, II        _____
   U. S. District Court Judge             Date