UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. |
| GREGORY SCOTT DOUGLASS, | No. 1:12-cr-00149-WMR |
| Defendant. | |

**GOVERNMENT'S RESPONSE TO MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**
(*No Opposition to Requested Relief*)

The United States of America, by and through the undersigned U.S. Attorney and undersigned Assistant U.S. Attorney, hereby responds to Defendant Gregory Scott Douglass' *Motion for Early Termination of Supervised Release* [Dkt. 21] ("Motion") and the Court's order, dated June 28, 2022 [Dkt. 22] ("Order"), directing the Government to respond to the Motion.

While the Court may ultimately determine in its discretion that the Motion should not be granted, the Government does not oppose the relief sought in the Motion.

Dated:  July 15, 2022    Respectfully submitted,

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

*/s/ Vivieon K. Jones*
Vivieon Kelly Jones
Assistant U.S. Attorney
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6312
E-mail: vivieon.jones@usdoj.gov
*Counsel for the United States of America*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1B and 7.1D, that the foregoing response has been typed using 13-point Book Antiqua font.

>    */s/ Vivieon K. Jones*
>    Vivieon Kelly Jones
>    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 20222 I electronically filed the foregoing document using the Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the all parties who have appeared in this case under the Court's Electronic Case Filing program.

I further certify that on July 15, 20222 I sent a copy of the document by first-class mail, postage pre-paid to:

>    Gregory Scott Douglass
>    555 Heritage Woods Dr.
>    Dacula, GA 30019-1273

Dated: July 15, 2022.            */s/ Vivieon K. Jones*
                                 Vivieon Kelly Jones
                                 Assistant U.S. Attorney